IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| DONAVETTE ELY, <u>et</u> <u>al</u>., | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 16-0085-CG-C |
| | ) | |
| MOBILE COUNTY PUBLIC SCHOOLS, | ) | |
| | ) | |
|     Defendant. | ) | |

## ORDER

After due and proper consideration of the issues raised, and a <u>de</u> <u>novo</u> determination of those portions of the recommendation to which objection is made, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1) and dated July 21, 2016 is **ADOPTED** as the opinion of this Court.

**DONE and ORDERED** this 22nd day of August, 2016.

                /s/ Callie V. S. Granade
                SENIOR UNITED STATES DISTRICT JUDGE